IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| NADINE R. HARLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-0987-CV-W-SWH |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Plaintiff filed Plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA) (doc. # 25) seeking an award of $3,719.25 for attorney fees and reimbursement of $150.00 for the filing fee. The attorney fee request seeks recovery for 26.1 hours of attorney time at the rate of $142.50 per hour.

Defendant agrees that attorney fees in the amount of $3,719.25 should be awarded under the EAJA. However, defendant asks that costs in the amount of $150.00, which represents plaintiff's filing fee, be awarded from the Judgment Fund administered by the United States Treasury Department. (Doc. # 27) Therefore, it is

ORDERED that plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), doc. # 25, is granted. Attorney fees of $3,719.25 are awarded under the EAJA; it is further

ORDERED that pursuant to 31 U.S.C. § 1304 plaintiff is reimbursed $150.00 for the United States District Court filing fee from the Judgment Fund administered by the United States Treasury Department.

                                                                                  /s/ *Sarah W. Hays*
                                                                                    SARAH W. HAYS
                                       UNITED STATES MAGISTRATE JUDGE