# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

_____

**JUDGMENT IN A CIVIL CASE**

NADINE R. HARLIN,

    Plaintiff

    **V.**                          Case No.  04-09875-CV-W-SWH-SSA

JO ANNE B. BARNHART,

    Defendant

☐    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

■    **DECISION OF THE COURT**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED**

    that plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act (EAJA) doc. #25 is granted.  Attorney fees of $3,719.25 are awarded under the EAJA.

    **IT IS FURTHER ORDERED**

    that pursuant to 31 U.S.C. Section 1304 plaintiff is reimbursed $150.00 for the United State District Court filing fee from the Judgment Fund administered by the United States Treasury Department.

Entered on: May 24, 2006

                                                      P. L. BRUNE
                                                      CLERK OF COURT

                                                        /s/ Bonnie J. Rowland

(By) Deputy Clerk